IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIDIA M. GOMES,

    Plaintiff,

v.

WELLS FARGO SHORT TERM DISABILITY PLAN,

    Defendant.

                                       /

No. C 06-06826 JSW

**ORDER REQUESTING JOINT STATUS REPORT RE SETTLEMENT**

       The Court has received the Certification of ADR Session, in which the mediator reports that this matter has been settled. The parties are HEREBY ORDERED to submit a joint status report by July 27, 2007, advising the Court as to when they expect the matter to be dismissed. That deadline shall be vacated if a dismissal is received in the interim.

       **IT IS SO ORDERED.**

Dated: June 22, 2007

                                                   JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE