Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Lidia M. Gomes

SEDGWICK, DETERT, MORAN & ARNOLD LLP
Rebecca A. Hull (SBN 99802)
Shawn M. Wrobel (SBN 230030)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Wells Fargo & Company Short Term Disability Plan and
Wells Fargo & Company Long Term Disability Plan

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA M. GOMES, | Case No. C 06 6826 jsw |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | Hon. Jeffrey S. White |
| WELLS FARGO SHORT TERM DISABILITY PLAN, WELLS FARGO LONG TERM DISABILITY PLAN, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Lidia M. Gomes and Defendants Wells Fargo & Company Short Term Disability Plan and Wells Fargo & Company Long Term Disability Plan, through their respective counsel of record, that the complaint herein is

STIPULATION AND ORDER OF DISMISSAL

1 | dismissed in its entirety with prejudice, each party to bear its own attorney fees and costs.

2 | Respectfully submitted,

4 | Dated: July 6, 2007

6 | _____/s/_____
Richard Johnston
Attorney for Plaintiff
7 | Lidia M. Gomes

10 | SEDGWICK, DETERT, MORAN & ARNOLD LLP

12 | _____/s/_____
By:    Rebecca A. Hull
Attorneys for Defendants
13 | Wells Fargo & Company Short Term Disability Plan
and
14 | Wells Fargo & Company Long Term Disability Plan

16 | **Signature attestation:** I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

17 |      Dated:      July 6, 2007

19 | _____/S/_____
Rebecca A. Hull

21 | **IT IS SO ORDERED**

23 | Dated: _July 12_____, 2007

25 | *Jeffrey S. White* (signature)
Jeffrey S. White
Judge, United States District Court

STIPULATION AND ORDER OF DISMISSAL         2